UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                                       23-CR-149 (ER)

-   against -

                                                                       ORDER

VAUGHN MCKINNEY

    Defendant

-----------------------------------------------------------------x

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics LCSW, P.C, in the amount of $5,000.00, for professional services rendered in connection with the above captioned case.

    SO ORDERED.

Dated: New York, New York
       November 29, 2023

                                                                         Edgardo Ramos, U.S.D.J.



# Superbill

**Empire State Forensics LCSW, P.C.**

Date: 1 November 2023
Invoice No.: 5625
For Questions Call: 9143412039

Vaughn McKinney

Empire State Forensics LCSW, P.C.
280 North Central Avenue
Suite 40
Hartsdale NY 10530

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 11/01/2023 | Psychosexual Evaluation and Report | 11 | 1 | $4,500.00 |
| 11/01/2023 | Psychosexual Interview and Testing | 11 | 1 | $500.00 |

Total Charges: $5,000.00

Diagnostic Code(s):

Total Paid: -
Invoice Amount Due: $5,000.00
**Balance Due: $5,000.00**

| | | |
|---|---|---|
| **Billing Provider:** | Name: Empire State Forensics LCSW, P.C.<br>NPI #: 1689147423<br>Tax Id: 82-2916796 | **Client:** Name: Vaughn McKinney |
| **Rendering Provider:** | Clinician Shoshanna Must, PhD<br>NPI #: 1295885275 | |

**Footnote:**

additional invoice charge due to additional visits required due to client no-shows based on medical issues (9/22) and increased security precluding testing (9/1).