UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA             :   ORDER OF RESTITUTION
                                      :
         - v. -                         :   23 Cr. 149 (ER)
                                      :
VAUGHN McKINNEY,                  :
              Defendant.             :
------------------------------------------------------------X

       Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Jeffrey C. Coffman, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Information; and all other proceedings in this case, and upon the consent of VAUGHN McKINNEY, the Defendant, by and through his counsel, Edward Sapone, Esq., and upon consideration of the factors set forth in Title 18, United States Code, Section 3664(f)(2), it is hereby ORDERED that:

       VAUGHN McKINNEY, the Defendant, shall pay restitution in the total amount of $18,000 to the victims of the offense charged in Count One. The names, addresses, and amount owed are set forth in the Schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York
       April 9, 2024

                                      SO ORDERED:

                                      HONORABLE EDGARDO RAMOS
                                      UNITED STATES DISTRICT JUDGE